UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:19-CV-2088

SHARON ALLY,

    Plaintiff(s),

vs.

SET 333, LLC, ALLIANCE CAS, LLC
and SCOTT JAFFEE,

    Defendant(s).
_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the mediation in the above-captioned matter has been scheduled for:

| | |
|---|---|
| DATE: | September 23, 2020 |
| TIME: | 1:00 p.m. |
| PLACE: | Upchurch Watson White & Max<br>Zoom Video Conference Platform |
| MEDIATOR: | A. Michelle Jernigan |

DATED this 12th day of August, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on 08/12/2020 a copy of the above was sent via Electronic Mail to:  **Cynthia O'Donnell, Esquire**, cynthia@cynthiafussellodonnell.com; **Onier Llopiz, Esquire**, ol@lydeckerdiaz.com; **Peter Harutunian, Esquire**, ph@lydeckerdiaz.com; **Ernest Kohlmyer, III, Esquire**, skohlmyer@shepardfirm.com; tkittilson@shepardfirm.com; dgoode@shepardfirm.com.

Respectfully submitted,

/s/A. Michelle Jernigan
MICHELLE JERNIGAN, MEDIATOR
Mediator # 647FRA
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, FL  32751
407-661-1123 phone / 407-661-5743 facsimile
mjernigan@uww-adr.com